1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

| JOHN C. HUDSON, | NO: 11-CV-0137-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| SPOKANE COUNTY, WASHINGTON; GLEN HINCKLEY; WALTER LOUCKS; and OZZIE KNEZOVICH, | |
| Defendants. | |

14      BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF

15  No. 73).  Pursuant to the parties' stipulation, the Court will dismiss this case with

16  prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

17  //

18  //

19  //

20  //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal (ECF No. 73) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 20, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2